## 54238. MAYS v. ATLANTA ANESTHESIOLOGISTS ASSOCIATES.

SMITH, Judge.

This case presents itself on a factual footing identical to that in the recently decided case *Williams v. American Finance System,* 141 Ga. App. 642 (234 SE2d 182). Here, as in *Williams,* the court erred in directing that appellee receive monies previously paid into the court's registry pursuant to the appellee's garnishment action.

*Judgment reversed. Bell, C. J., and McMurray, J., concur.*

SUBMITTED JUNE 28, 1977 — DECIDED OCTOBER 14, 1977.

*Nancy R. Lindbloom, Kenneth McDuffie,* for appellant.

*Charley G. Morris,* for appellee.